Of Counsel:

| | |
|---|---|
| J. BLAINE ROGERS | 8606 |
| MORGAN EARLY | 10104 |

ALSTON HUNT FLOYD & ING
Attorneys at Law
A Law Corporation
1001 Bishop Street, Suite 1800
Honolulu, Hawai`i  96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
E-mail:    brogers@ahfi.com
               mearly@ahfi.com

| | |
|---|---|
| DANIEL M. GLUCK | 7959 |
| LOIS K. PERRIN | 8065 |

ACLU OF HAWAII FOUNDATION
P.O. Box 3410
Honolulu, Hawai`i 96801
Telephone:  (808) 522-5905
Facsimile:  (808) 522-5909
E-mail:    lperrin@acluhawaii.org

SANDRA S. PARK
BRIAN HAUSS
MICHAELA WALLIN
LENORA M. LAPIDUS
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St., 18th Fl.
New York, NY 10004
Telephone:  (212) 519-7871
E-mail:    spark@aclu.org

Attorneys for Plaintiff
JANE DOE

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>vs.<br><br>DOE UNIVERSITY,<br><br>    Defendant. | Civil No. 1:15-cv-00085 JMS-RLP<br>(Other Civil Action)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES and ORDER**<br><br>Judge:  J. Michael Seabright |

**STIPULATION FOR DISMISSAL WITH PREJUDICE
OF ALL CLAIMS AND ALL PARTIES**

IT IS HEREBY STIPULATED pursuant to Rule 41(a)(1)(A)(ii) and 41(c) of the Federal Rules of Civil Procedure and Rule 41.1 of the Local Rules of Practice for the United States District Court for the District of Hawai`i, by and between Plaintiff JANE DOE ("Plaintiff") and Defendant DOE UNIVERSITY ("Doe Defendant"), through their respective counsel, that:

1.    All claims in this action by Plaintiff against Doe Defendant are dismissed with prejudice.

2.    No other claims, parties, or issues remain in this action by and among the undersigned parties.

Each party shall bear their own costs and attorneys' fees. This Stipulation is executed on behalf of all parties who have appeared in this action. No trial date has been set.

DATED: Honolulu, Hawai`i, September 15, 2015.

/s/ J. Blaine Rogers
J. BLAINE ROGERS
MORGAN EARLY
Alston Hunt Floyd & Ing

DANIEL M. GLUCK
LOIS K. PERRIN
ACLU of Hawaii Foundation

SANDRA S. PARK
MICHAELA WALLIN
LENORA M. LAPIDUS
ACLU Women's Rights Project

BRIAN HAUSS
ACLU Center for Liberty

Attorneys for Plaintiff
JANE DOE


/s/ Jonathan Durrett
JONATHAN DURRETT
Attorney for Defendant
DOE UNIVERSITY

2

APPROVED AND SO ORDERED.

DATED:  Honolulu, Hawaii, September 16, 2015.



    /s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

---

*Jane Doe v. Doe University*, Civil No. 15-00085 JMS-RLP; United States District Court for the District of Hawaii; Stipulation for Dismissal with Prejudice as to all Claims and Parties.